IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SHELTON RAY THOMAS, | : | |
| Petitioner, | : : | |
| VS. | : : | NO. 5:13-CV-189 (MTT) |
| Warden GREGORY McLAUGHLIN, | : : | |
| Respondent. | : | **O R D E R** |

      On June 3, 2013, the Court ordered that the instant 28 U.S.C. § 2254 action be transferred to the United States District Court for the Northern District of Georgia (Doc. 6). On June 5, 2013, this Court's Clerk docketed the transfer as complete (Doc. 7). Petitioner has now filed the following two motions: (1) "Motion to Instruct the Clerk to Make Copies of Petitioner's Reference Materials" (Doc. 8), and (2) "Motion for Leave to Invoke Discovery for Cause" (Doc. 9). Because the instant action has been transferred, this Court does not have jurisdiction over Petitioner's motions. ***See Roofing & Sheet Metal Servs., Inc. v. LaQuinta Motor Inns, Inc.***, 689 F.2d 982, 988 n.10 (11th Cir. 1982) ("When the files in a case are physically transferred to the transferee district, the transferor court loses all jurisdiction of the case."). Accordingly, Petitioner's motions are **DENIED**.

      **SO ORDERED**, this 12th day of June, 2013.

                                      S/ Marc T. Treadwell
                                      MARC T. TREADWELL, JUDGE
                                      UNITED STATES DISTRICT COURT

cr